**RECEIVED**

8-18-14

AUG 20 2014

BY MAIL

Oscar Mims
SCC DOC
301 N. 2nd Street
St. Charles, MO 63301

Judge Rodney W. Sippel

RE: USA v. OSCAR MIMS
     CN. 4:13CR164 RWS

Judge Sippel:

I'm writing you again about my troubles I'm having here at St. Charles Dept. of Correction. Staff members here are intentionally keeping me from utilizing the law library or the type writer when I fill out request forms to access these items, not all staff members but some of the higher ups and about two of the correctional offices. The one day out of the week when I do probably get it I know that the facility hasn't been utilized by what I left in there recently and a couple of staff members also informed me what is going on. It seems that I'm a federal detainee and I don't have a problem questioning them about certain policies that they don't abide by I'm a trouble maker and a convict that doesn't have any rights out here. They are charging me for medical if I need to see a doctor or nurse and they don't respond to the concern forms that I fill out when I'm having problems

that need to be answered. As I said before my fiance' has notified the Marshall service and they say they will try to fix it, but I havent heard from them. Jodge Sippel I don't mean to be a nuisance but can you please get me closer to family and somewhere were I can utilize the law library and a Typewriter when needed. I'm not here to play chess, watch television, play basketball or participate in any folley that is going on around here, I'm trying to get back to my Fiance, child and family and out here in St. Charles were they disrespect my culture and suppress me on a daily basis is stressing me out.

Sincerly
Oscar Wims

Oscar Wims
SCC DOC
301 N. 2nd Street
St. Charles, MO 63361

Private

MAILED FROM S[...]
[...] OF CORRECTIONS

RECEIVED

AUG 20 2014

BY MAIL

SAINT LOUIS MO 630

19 AUG 2014 PM 4 L

Clerk of Court
United States District Court
Eastern District of Mo
111 S. Tenth Street
St. Louis, MO 63102

63102112599